### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**DALILAH SHORT, et al.**                                                                  **PLAINTIFFS**

**v.**                                                              **CAUSE NO. 4:22-CV-0095-DMB-DAS**

**MISSISSIPPI DELTA COMMUNITY COLLEGE, et al.**                          **DEFENDANTS**

### NOTICE OF APPEARANCE

COMES NOW, attorney **Jonathan W. Davis**, 117 Main Street, P.O. Box 29, Indianola,

Mississippi 38751, and hereby enters his appearance as counsel for Defendant, **MISSISSIPPI**

**DELTA COMMUNITY COLLEGE**, in this cause and requests that all counsel of record and the

Clerk of Court take notice of same.

Date: December 7, 2022.

**Respectfully submitted,**

**Mississippi Delta Community College
Defendant**

**/s Jonathan W. Davis**
**Jonathan W. Davis (MSB #104697)**

OF COUNSEL:

JW DAVIS, PLLC
117 Main Street
P.O. Box 29
Indianola, Mississippi 38751
(662) 887-3412 - Telephone
(662) 887-6661 – Facsimile
jwdavis@jwdavislaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Jonathan W. Davis, counsel to Mississippi Delta Community College, hereby certify that a true copy of the foregoing was this day forwarded to all counsel of record by depositing a copy of same via:

☐     United States Mail                    ☐     Certified Mail

☐     Facsimile                                   ☐     Hand Delivery

☐     E-Mail                                       ☐     Overnight Mail

☒     ECF System

Counsel served includes:

Paloma Wu
Robert B. McDuff
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Suite 1800 (39201)
P.O. Box 1023
Jackson, MS 39215
pwu@mscenterforjustice.org
rmcduff@mscenterforjustice.org

Joseph L. Adams
JONES WALKER LLP
190 E. Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, MS 39205-0427
jojoadams@joneswalker.com

**SO CERTIFIED**, this the 7th day of December, 2022.

**/s Jonathan W. Davis**