IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DALILLAH SHORT, ET AL                                          PLAINTIFFS

V.                                          CAUSE NO. 4:22-CV-0095-DMB-DAS

MISSISSIPPI DELTA COMMUNITY COLLEGE, ET AL              DEFENDANTS

_____

TAKE NOTICE that a proceeding in this case has been RESET as to the location, date and time below:

Location:   Amory Teleconference                      Date: January 17, 2023
                                                                           Time: 9:00 a.m.

TELEPHONIC CASE MANAGEMENT CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE DAVID A. SANDERS

***DIAL-IN INFORMATION FOR PARTICIPANTS***   877-336-1839, Access Code 6893215

                                                               DAVID CREWS
                                                               Clerk of Court

                                                         By: /s/   Jennifer L.   Frantz
                                                               Courtroom Deputy

Date: January 12, 2023

To:     All Counsel of Record