IN UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DALILLAH SHORT; KENICHA JOHNSON;
NICOLE BOYKINS; individually and on behalf
of a class of all others similarly situated,** PLAINTIFFS

V.  CIVIL ACTION NO. 4:22-cv-00095-DMB-DAS

**MISSISSIPPI DELTA COMMUNITY COLLEGE (MDCC); DR. TYRONE JACKSON, President of MDCC, in his official and individual capacities; DERRICK FIELDS, MDCC Dean of Student Services, in his official and individual capacities; DR. STEVEN JONES, MDCC Vice President of Administrative and Student Services, in his official and individual capacities; PATRICIA KELLY, MDCC Dean of Health Science, in her official and individual Capacities; TRACI BECKHAM, MDCC Director of Nursing and MDCC Associate Degree Nursing (ADN) Chair, in her Official and individual capacities** DEFENDANTS

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

NOTICE IS HEREBY GIVEN that Joseph L. Adams has this day served on counsel for Plaintiff in the above entitled action the following:

Defendant's Initial Disclosure Statement.

Respectfully submitted, this the 17th day of January, 2023.

    MISSISSIPPI DELTA COMMUNITY COLLEGE,
    DR. TYRONE JACKSON, DR. STEVEN JONES,
    PATRICIA KELLY, TRACI BECKHAM AND
    DERRICK FIELDS

    By their Attorneys,
    JONES WALKER LLP

    */s/ Joseph L. Adams*
    JOSEPH L. ADAMS

#100899894v1

OF COUNSEL:
Joseph L. Adams (MSB #10591)
Jones Walker LLP
190 E. Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, Mississippi 39205-0427
(601) 949-4900
(601) 949-4804 (fax)
jojoadams@joneswalker.com

**CERTIFICATE OF SERVICE**

      I, Joseph L. Adams, do hereby certify that I have this day caused to be filed a true and correct copy of the foregoing document with the Clerk of the Court, using the Court's ECF system, which will provide notification of such filing to counsel of record:

    Ms. Paloma Wu
    Mr. Robert B. McDuff
    Mississippi Center for Justice
    210 E. Capitol Street, Suite 1800 (39201)
    P.O. Box 1023
    Jackson, MS 39215
    pwu@mscenterforjustice.org
    rmcduff@mscenterforjustice.org

      SO CERTIFIED this the 17th day of January, 2023.

                                        */s/ Joseph L. Adams*
                                        JOSEPH L. ADAMS

#100899894v1