IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DALILLAH SHORT, ET AL                                                                 PLAINTIFFS

V.                                                           CAUSE NO. 4:22-CV-0095-DMB-DAS

MISSISSIPPI DELTA COMMUNITY COLLEGE, ET AL                       DEFENDANTS

_____

TAKE NOTICE that a proceeding in this case has been RESET as to the location, date and time below:

Location:  Amory Teleconference                  Date: January 30, 2023
                                                 Time: 9:00 a.m.

---

TELEPHONIC CASE MANAGEMENT CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE DAVID A. SANDERS

***DIAL-IN INFORMATION FOR PARTICIPANTS***   877-336-1839, Access Code 6893215

---

                                         DAVID CREWS
                                         Clerk of Court


                                         By: /s/  Jennifer L. Frantz
                                         Courtroom Deputy

Date: January 12, 2023

To:     All Counsel of Record