IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| DALILLAH SHORT, ET AL | PLAINTIFFS |
| V. | CAUSE NO. 4:22-CV-0095-DMB-DAS |
| MISSISSIPPI DELTA COMMUNITY COLLEGE, ET AL | DEFENDANTS |

___

TAKE NOTICE that a proceeding in this case has been CANCELLED as to the location, date and time below:

Location: Amory Teleconference         Date: January 30, 2023
                                                                    Time: 9:00 a.m.

___

TELEPHONIC CASE MANAGEMENT CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE DAVID A. SANDERS

*Telephonic Status Conference to be set by separate Notice*

___

DAVID CREWS
Clerk of Court


By: /s/ Jennifer L. Frantz
Courtroom Deputy

Date: January 30, 2023

To:     All Counsel of Record