IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DALILLAH SHORT, ET AL                                                          PLAINTIFFS

V.                                                CAUSE NO. 4:22-CV-0095-DMB-DAS

MISSISSIPPI DELTA COMMUNITY COLLEGE, ET AL                        DEFENDANTS

_____

TAKE NOTICE that a proceeding in this case has been SET as to the location, date and time below:

Location:   Amory Teleconference                    Date: February 13, 2023
                                                    Time: 9:30 a.m.

TELEPHONIC STATUS CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE DAVID A. SANDERS

***DIAL-IN INFORMATION FOR PARTICIPANTS***   877-336-1839, Access Code 6893215

DAVID CREWS
Clerk of Court

By: /s/   Jennifer L.   Frantz
Courtroom Deputy

Date: January 30, 2023

To:      All Counsel of Record